PER CURIAM.
Affirmed. Hill v. State, 477 So.2d 553 (Fla.1985); Bundy v. State, 471 So.2d 9 (Fla.1985), cert. denied, 479 U.S. 894, 107 S.Ct. 295, 93 L.Ed.2d 269 (1986); Wright v. State, 427 So.2d 326 (Fla.1983); State v. Tait, 387 So.2d 338 (Fla.1980); Rowe v. State, 128 Fla. 394, 174 So. 820, 821 (1937); Fridovich v. State, 489 So.2d 143, 146 (Fla. 4th DCA), rev. denied, 496 So.2d 142 (Fla.1986); McCall v. State, 463 So.2d 425 (Fla. 3d DCA 1985); Singleton v. State, 422 So.2d 1082 (Fla. 3d DCA 1982); State v. Stell, 407 So.2d 642, 643 (Fla. 4th DCA 1981); § 90.403, Fla.Stat. (1987); Fla.R. Crim.P. 3.220(d)(1).